NEW JERSEY COMMISSIONER OF TRANSPORTATION v.
BAKERS BASIN REALTY CO.

May 4, 1976. Petition for certification granted.

PHILIP SORENTINO v.
THE FAMILY & CHILDREN'S SOCIETY OF ELIZABETH.

May 4, 1976. Petition for certification granted.

AURELIO BUONANNO v. WILBUR H. LIND.

May 4, 1976. Petition for certification denied.

DAVID G. DEPREFONTAINE v. HALL HARBOR CORP.

May 4, 1976. Petition for certification denied.

JOHN P. LANGEVELD v. L. R. Z. H. CORP.

May 4, 1976. Petition for certification granted.

PETER A. MELE v. JOHN M. EDONE, JR.

May 4, 1976. Petition for certification denied.